# EXHIBIT C

EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 FOR STAY PENDING APPEAL

LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation Division

ROBERT A. BERRY, ISB #7442
MEGAN A. LARRONDO, ISB #10597
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
P.O. Box 83720
Boise, ID  83720-0010
Telephone:	(208) 334-2400
Facsimile:	(208) 854-8073
robert.berry@ag.idaho.gov
megan.larrondo@ag.idaho.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee, and LUKE MAYVILLE, <br><br> Plaintiff, <br><br> vs. <br><br> BRADLEY LITTLE, in his official capacity as Governor of Idaho, and LAWERENCE DENNEY his official capacity as Idaho Secretary of State, <br><br> Defendants. | Case No. 1:20-cv-00268-BLW <br><br> **DECLARATION OF ANDREW MITZEL IN SUPPORT OF DEFENDANTS** |

I, ANDREW MITZEL, declare as follows:

1.	I am over the age of 18 years and competent to testify on the matters herein. I make this declaration based upon my own personal knowledge.

DECLARATION OF ANDREW MITZEL IN SUPPORT OF DEFENDANTS – 1

2. I am a Senior Advisor, Intergovernmental Affairs for the Office of the Governor. I have held this position since January 2019. I hold Bachelor of Arts and a Masters of Community and Regional Planning degrees from Boise State University.

3. I was contacted on March 16, 2020 by Rebecca Schroeder at 9:08 in the morning by email. I have attached a true and correct copy of this email, along with the rest of the emails I exchanged that morning with Ms. Schroeder as Exhibit A.

4. I had never spoken with Ms. Schroeder regarding Reclaim Idaho's "Invest in Idaho" initiative before this email correspondence. I have not been contacted by or communicated with Ms. Schroeder since March 16, 2020 regarding that initiative.

5. On March 16, 2020, the legislature was still in session. The 2020 legislative adjourned sine die on March 20, 2020.

6. The time leading up to the end of the 2020 legislative session was extraordinarily busy in the Governor's Office due to the demands of finishing the session and the need to ensure a thorough and effective response to the COVID-19 pandemic that was arising in Idaho at the time.

7. So far as I am aware, Ms. Schroeder did not contact anyone else within the Governor's staff.

8. Had she contacted the Governor's Office after the legislature finished its session, I believe her concerns would have been considered and she would have received a response.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

DECLARATION OF ANDREW MITZEL IN SUPPORT OF DEFENDANTS – 2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 18th day of June, 2020.

                                              */s/ Andrew Mitzel*
                                              ANDREW MITZEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system which sent a Notice of Electronic Filing to the following persons:

Deborah A. Ferguson
daf@fergusondurham.com

Craig H. Durham
chd@fergusondurham.com

　　　　　　　　　　*/s/ Robert A. Berry*
　　　　　　　　　ROBERT A. BERRY
　　　　　　　　　Deputy Attorney General

DECLARATION OF ANDREW MITZEL IN SUPPORT OF DEFENDANTS – 4

| | |
|---|---|
| **From:** | Andrew Mitzel |
| **To:** | Brian Wonderlich |

Rebecca,
Given our intense focus on spending as much time and resources on protecting the health and safety of the broader population, the Governor's Office has no intention of taking executive action on this matter.

Andrew

Get Outlook for iOS

**From:** Rebecca Schroeder <rebeccaschroeder4idaho@gmail.com>
**Sent:** Monday, March 16, 2020 12:08:34 PM
**To:** Andrew Mitzel <Andrew.Mitzel@gov.idaho.gov>
**Subject:** Re: Ballot initiatives with CoVid-19

Dear Andrew,
The SOS has just informed us that a change to electronic signature gathering would require Executive or Legislative action. I understand that the Governor's office is very busy dealing with this crisis--but the SOS does not have jurisdiction to resolve this--and it absolutely falls under the realm of protecting wider public safety. We request a meeting or phone call about this urgent matter please.
Rebecca

On Mon, Mar 16, 2020 at 10:58 AM Andrew Mitzel <Andrew.Mitzel@gov.idaho.gov> wrote:

Rebecca,
We understand your concerns about the limitations that the current situation presents. The Secretary of State's office is actively working on ways to make the election process move forward in light of the concerns about spreading coronavirus, and your organization may benefit from using some of their ideas. The Governor's Office is intently focused on the health and safety of the broader population right now, and we are referring you to the Secretary of State's office to resolve these concerns.

Andrew

Get Outlook for iOS

**From:** Rebecca Schroeder <rebeccaschroeder4idaho@gmail.com>
**Sent:** Monday, March 16, 2020 11:24:00 AM
**To:** Andrew Mitzel <Andrew.Mitzel@gov.idaho.gov>
**Subject:** Re: Ballot initiatives with CoVid-19

Hey Andrew,

**DECLARATION OF MITZEL**
**EXHIBIT A**
**Page 1 of 3**

We have been simultaneously consulting with the SOS office. They advised us that it would take a Legislative or Executive action to extend the signature deadline. We have communicated with them about **electronic signature gathering (the only safe method at this point)** also, and await their response. I hope that if Executive action is required--that Governor Little would consider a meeting with one of us. I know you all are bombarded with trying to deal with this crisis...we are doing the same. Hundreds of volunteers have put their hearts into this effort. We understand that this is an extraordinary request--but we are certainly in extraordinary times.
Thanks Andrew,
Rebecca

On Mon, Mar 16, 2020 at 9:04 AM Andrew Mitzel <Andrew.Mitzel@gov.idaho.gov> wrote:
Rebecca,
Thanks for reaching out. I would encourage you to reach out to the Secretary of States office with your concerns regarding ballot initiatives as they oversee that process.

Andrew

Get Outlook for iOS

**From:** Rebecca Schroeder <rebeccaschroeder4idaho@gmail.com>
**Sent:** Monday, March 16, 2020 9:02:08 AM
**To:** Andrew Mitzel <Andrew.Mitzel@gov.idaho.gov>
**Subject:** Ballot initiatives with CoVid-19

Dear Andrew,
As you know, we are facing the unprecedented circumstances of a public health crisis. Volunteers around the state have been working for months collecting signatures for the citizen ballot initiative to increase funds to Idaho K-12 schools. Collecting signatures face-to-face puts both volunteers and the general public at risk, and goes against the guidelines that we are hearing from public health officials.

The result is that **Idahoans are no longer able to exercise their constitutional right to bring forward a ballot initiative.** Please give Reclaim Idaho co-founder Luke Mayville the opportunity to meet with the Governor about the safest way to move forward with our ballot initiative. We have already collected over 30K signatures, and were well on our way to qualifying the initiative. Hundreds of volunteers have already put in hundreds of hours. Along with the Governor, our priority is the health and safety of our Idaho communities. This extraordinary situation requires action by the Governor to ensure the public safety is maintained while we exercise our Constitutional rights.
Sincerest thanks,
Rebecca Schroeder
208-660-9038


Andrew Mitzel

Senior Advisor, Intergovernmental Affairs | Office of the Governor
phone: 208-854-3025

mobile: 208-695-5440
email: Andrew.mitzel@gov.idaho.gov