# EXHIBIT D

## EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 FOR STAY PENDING APPEAL

LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation Division

ROBERT A. BERRY, ISB #7442
MEGAN A. LARRONDO, ISB #10597
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone:     (208) 334-2400
Facsimile:     (208) 854-8073
robert.berry@ag.idaho.gov
megan.larrondo@ag.idaho.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee, and LUKE MAYVILLE,<br><br>Plaintiff,<br><br>vs.<br><br>BRADLEY LITTLE, in his official capacity as Governor of Idaho, and LAWERENCE DENNEY his official capacity as Idaho Secretary of State,<br><br>Defendants. | Case No. 1:20-cv-00268-BLW<br><br>**DECLARATION OF SHERYL MILLARD IN SUPPORT OF DEFENDANTS** |

I, SHERYL MILLARD, declare as follows:

1.     I am over the age of 18 years and competent to testify on the matters herein. I make

this declaration based upon my own personal knowledge.

DECLARATION OF SHERYL MILLARD IN SUPPORT OF DEFENDANTS – 1

2.      I am an Elections Compliance Specialist in the Office of the Idaho Secretary State of Idaho. I have been with the Office since November 2019.

3.      On March 16, 2020, the Secretary of State's Office received an email at the general elections address, elections@sos.idaho.gov. The email was sent at 11:17 a.m. I responded to the email that same day at 2:12 p.m. A true and correct copy of email correspondence is attached as Exhibit A.

4.      I had no further communications with Ms. Schroeder.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


DATED this 17th day of June, 2020.


_____*/s/ Sheryl Millard*_____
SHERYL MILLARD


DECLARATION OF SHERYL MILLARD IN SUPPORT OF DEFENDANTS – 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system which sent a Notice of Electronic Filing to the following persons:

Deborah A. Ferguson
daf@fergusondurham.com

Craig H. Durham
chd@fergusondurham.com


*/s/ Robert A. Berry*

ROBERT A. BERRY
Deputy Attorney General

| | |
|---|---|
| **From:** | Elections |
| **To:** | Rebecca Schroeder |
| **Subject:** | RE: ***CoVid-19 and Idaho ballot initiative rights |
| **Date:** | Monday, March 16, 2020 2:11:50 PM |
| **Attachments:** | image001.png |

Dear Rebecca,

Thank you and your fellow supporters for sharing your concern with us via email. While we understand the current situation we are in is unprecedented and can appreciate how the further efforts in attaining the remaining signatures for your petition will be complicated logistically, we are sorry to say that there is no statute allowing electronic signatures for petitions in Idaho Statutes 34 Chapter 18.

Sincerely,
Sheryl



**Sheryl Millard**
**Elections Compliance Specialist**
*Office of the Secretary of State*
Office: (208) 334-2852
Direct: (208) 332-2832
https://sos.idaho.gov/

**From:** Rebecca Schroeder <rebeccaschroeder4idaho@gmail.com>
**Sent:** Monday, March 16, 2020 11:17 AM
**To:** Elections <elections@sos.idaho.gov>
**Subject:** ***CoVid-19 and Idaho ballot initiative rights

Dear Mr. Denney,

We are faced with a global pandemic. Idahoans are responding by cancelling public events and dramatically reducing face-to-face interactions. This reality creates extraordinary obstacles for Idaho's ballot initiative process and the constitutional right of every Idahoan to participate in that process. Idaho's initiative qualification laws, which are among the strictest in the country, require tens of thousands of face-to-face interactions. In the interest of safeguarding the health of the public and protecting the constitutional rights of Idahoans, we are asking to authorize temporary online petitioning for Idaho ballot initiatives. The state of Idaho conducts much of our public business online, from voter registration to campaign finance documentation to the registration of new corporations. It is well within our capacity as a state to process petition signatures online. During these extraordinary times, online petitioning is the most effective way to protect public safety while maintaining the constitutional right of Idahoans to participate in the ballot initiative process. Please advise if this is within the realm of the SOS, or whether it would require Legislative or Executive action.

As the executive director of Reclaim Idaho, I have hundreds of volunteers (many retirees and "at risk" individuals) reaching out to me for guidance. At this point, electronic signature gathering is truly

**DECLARATION OF MILLARD**
**EXHIBIT A**
**Page 1 of 2**

the only safe path forward. Over 30K signatures have already been collected, and several districts have qualified with their 6% of voters. I understand that this is an extraordinary request--but we are obviously facing extraordinary times.

Sincerely,
Rebecca Schroeder
Reclaim Idaho executive director
208-660-9038