UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 1 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RECLAIM IDAHO, an Idaho political action committee; LUKE MAYVILLE,

    Plaintiffs-Appellees,

v.

BRAD LITTLE, in his official capacity as Governor of Idaho; LAWERENCE DENNY, in his official capacity as Idaho Secretary of State,

    Defendants-Appellants.

No. 20-35584

D.C. No. 1:20-cv-00268-BLW
District of Idaho,
Boise

ORDER

The court has received appellants' emergency motion to stay the district court's June 26, 2020 and June 30, 2020 orders pending appeal. Any response to the motion is due by 9:00 a.m. Pacific Time, July 6, 2020. An optional reply in support of the motion is due by 9:00 a.m. Pacific Time, July 7, 2020.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Matthew K. Narensky
Deputy Clerk
Ninth Circuit Rule 27-7