# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** | 20-35584

**Case Name** | Reclaim Idaho and Luke May ville v. Brad Little, Gov. of Idaho

**Counsel submitting this form** | Deborah A. Ferguson

**Represented party/parties** | Reclaim Idaho, Plaintiffs-Appellees

*Briefly describe the dispute that gave rise to this lawsuit.*

Gov. Little and Secretary of State Denney violated Reclaim Idaho's First Amendment rights to core political speech when they failed to provide reasonable accomodations to Reclaim to finish signature gathering for its initiative after the COVID-19 pandemic and State's stay at home orders made signature gathering impossible.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 7    1    Rev. 12/01/2018

*Briefly describe the result below and the main issues on appeal.*

Reclaim sought and has been granted a preliminary injunction allowing for e-signatures and an extension of the time lost during the stay at home order so that it can finish signature gathering and have its inititative appear on Idaho's November ballot. Defendants requested a stay of the PI order from the district court which was denied.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

This is an interloccatory appeal from a preliminary injuction. The district court case remains open.

**Signature** [signature] **Date** 7/3/2020
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** 2 Rev. 12/01/2018

## CERTIFICATE OF SERVICE

I hereby certify on this 3rd day of July, 2020 I filed the foregoing electronically through the CM/ECF system, which caused counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Robert A. Berry
Megan Ann Larrondo
Robert.berry@ag.idaho.gov
Meagn.larrondo@ag.idaho.gov

Attorneys for Defendants

/s/Deborah A. Ferguson