**Reclaim Idaho**

**Index to Exhibits in Opposition to Stay of Preliminary Injunction**

Exhibit No. 1          District Court's Decision Granting Preliminary Injunction

Exhibit No. 2          District Court's Order Denying Stay of Preliminary Injunction

Exhibit No. 3          District Court's Order Granting in Part and Denying in Part Motion to Enforce the Court's Order

Exhibit No. 4          Declaration of Luke Mayville

Exhibit No. 5          Declaration of Rebecca Schroeder

Exhibit No. 6          Declaration of Ashley Prince

Exhibit No. 7          Declaration of Linda Larson

Exhibit No. 8          Declaration of  Karen Lansing

Exhibit No. 9          Declaration of Deborah Silver

Exhibit No. 10        Declaration of Counsel

Exhibit No. 11        Supplemental Declaration of Luke Mayville

Exhibit No. 12        2nd Supplemental Declaration of Luke Mayville

Exhibit No. 13        Governor Little's April 1, 2020 Proclamation Modifying Idaho Election Laws