Reclaim Idaho Exhibit No. 5

Declaration of Rebecca Schroeder

Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
daf@fergusondurham.com
chd@fergusondurham.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **RECLAIM IDAHO**, an Idaho Political Action Committee; **LUKE MAYVILLE**<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>**BRADLEY LITTLE**, in his official capacity as Governor of Idaho; **LAWERENCE DENNEY**, in his official capacity as Idaho Secretary of State;<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00268-BLW<br><br>**DECLARATION OF REBECCA SCHROEDER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Rebecca Schroeder, having first been duly sworn upon oath, declare as follows:

1.　My name is Rebecca Schroeder, and I am the Executive Director of Reclaim Idaho, a Plaintiff in this case.

2.　I took the role of Executive Director of Reclaim Idaho on March 15th, 2019.

Declaration Of Rebecca Schroeder　　　p. 1

3.      During the spring and summer of 2019, my work was focused on advocating to keep Idaho's current ballot-initiative rules intact following a controversial legislative attempt to dramatically restrict the process for qualifying an initiative for the ballot.

4.      Early in the fall, we filed our "Invest in Idaho" K-12 funding initiative with the Idaho Secretary of State and we launched our first volunteer organizing tour in September 2019 to build support for the policy and grow volunteer teams for signature gathering.

5.      I hosted volunteer organizing meetings in the following Idaho locations on the dates listed. I was accompanied by my colleagues Alicia Abbott and Ashley Prince for most of these meetings. Meetings were held in private homes, cafes, and libraries. Between 2 and 20 volunteers attended each of these organizing meetings.

   9/14/19: Sandpoint, ID
   9/14/19: Port Hill, ID
   9/16/19: Bonners Ferry, ID
   9/17/19: Wallace, ID
   9/18/19: Lewiston, ID
   9/18/19: Moscow, ID
   9/19/19: Orofino, ID
   9/19/19: Grangeville, ID
   9/21/19: Nampa, ID
   9/24/19: Ketchum, ID
   9/24/19: Twin Falls, ID
   9/26/19: Salmon, ID
   9/26/19: Idaho Falls, ID
   9/27/19: Driggs, ID
   9/27/19: Pocatello, ID
   10/2/19: McCall, ID
   10/3/19: Weiser, ID
   11/4/19: Lewiston, ID (meeting 2)

6.      These events garnered some earned media coverage and laid the groundwork for our signature drive.

7.      At this point, we had identified volunteer leaders from communities all over Idaho.

Declaration Of Rebecca Schroeder        p. 2

8. I felt confident that we were headed toward meeting Idaho's distribution requirement of signatures from 6% of registered voters in at least 18 Idaho Districts.

9. After our first big week of signature gathering in early November, local volunteer teams continued to build volunteer capacity and host local signature gathering events.

10. The signature gathering process, in itself, helped us identify more supporters of the policy that often converted to volunteering.

11. The more signatures we gathered, the more our local volunteer teams grew.

12. Volunteer organizing meetings and signature gathering events continued in:

> 11/18/19: Bonners Ferry Organizing (second meeting)
> 12/3/19: Boise Run-off election signature gathering day at the polls
> 12/6/19: Idaho Falls, ID Organizing meeting (second meeting)
> 12/7/19: Pocatello, ID Organizing meeting (second meeting)
> 12/7/19: Rexburg, ID Organizing meeting
> 12/9/19: Kooskia, ID Organizing meeting
> 12/15/19: Boise, ID Holiday signature gathering at the Egyptian Theater

13. Volunteers continued to collect signatures through the holiday season. In January, local teams began ramping up for higher volumes of signatures each week.

14. We had built relationships and consistent communications with established local teams by this time, and conducted countless phone calls, Zoom calls, and emails in between our in person visits, to support volunteer efforts and help set local goals for signature collection.

15. Signature gathering goals increased as teams built volunteer capacity and leadership, and as the campaign moved closer to the April 30th deadline.

16. The earned media, and volunteer team growth assisted our fundraising capability as well—which enabled us to provide resources like clipboards, banners, literature, and petitions to our local teams and increase the advertising opportunities for the Invest in Idaho campaign.

Declaration Of Rebecca Schroeder        p. 3

17. In January, we continued to build the campaign by hosting a series of signature gathering events alongside established local teams.

> 1/19/20--Boise Meeting and Canvass
> 1/25/20--McCall Winter Festival signature gathering
> 1/30/20--Moscow Meeting and Canvass
> 2/1/20--Sandpoint Meeting and Canvass
> 2/3/20—Coeur d' Alene

18. After the Coeur d' Alene canvassing event, my colleague Plaintiff Luke Mayville took on the rest of the event tour through central, southern, and eastern Idaho. I remained in the Idaho Panhandle to continue ramping up signature gathering events in north Idaho

19. During the month of February 2020, local teams participated in more signature gathering events than ever—bringing in higher numbers of signatures each week.

20. In my home District 4, we were hosting big signature gathering events every week, as well as scheduling volunteer signature gathering shifts on most days outside the Public Library.

21. This increased level of activity was replicated by established local teams throughout the state in February and early March.

**Enter Covid-19 Pandemic**

22. By the beginning of the second week of March, news of the coronavirus had begun to impair our campaign efforts and negatively impact volunteer signature-gathering and fundraising.

23. With rapidly evolving information from the CDC, and a deep responsibility to the safety of our volunteers and the general public—Reclaim Idaho attempted to adapt to "clean signature gathering strategies" by recommending infection control guidelines and scrambling to provide extra supplies like disposable pens and hand sanitizer to our volunteers.

Declaration Of Rebecca Schroeder     p. 4

24. During the week of March 8th-14th, I reached out by phone to local volunteer leaders to communicate our new guidelines for safer signature collection, and assess volunteer concerns about safety.

25. A large percentage of Reclaim Idaho volunteers are retirees, in a high risk group for Covid-19 complications. It became clear through those conversations that volunteers were fearful of contracting the virus.

26. Volunteer-led door-to-door canvassing events were cancelled by concerned volunteers in communities all around the state that week.

27. Signature gathering at large public events also ground to an immediate halt as events were cancelled.

28. On March 12th, I removed my 12 year old son with cystic fibrosis from public school and began self-isolating on the recommendation of his pulmonologist. Many of our volunteers also received advice from their medical professionals to avoid interactions with the public.

29. By Monday March 16th, it became abundantly clear that there was NO SAFE METHOD to continue to encourage tens of thousands of face-to-face conversations with voters.

30. The CDC guideline of social distancing by at least 6 ft., made in-person signature gathering virtually impossible.

31. On March 16th, I began communicating these concerns to Governor Little and the Idaho Secretary of State.

**Reclaim Idaho's Communications with Governor Little's Office Regarding Covid-19**

32. At 8:02 am I emailed Andrew Mitzel, Senior Advisor to Gov. Little the following:

> Dear Andrew,
> As you know, we are facing the unprecedented circumstances of a public health crisis. Volunteers around the state have been working for months collecting signatures for the citizen ballot initiative to increase funds to Idaho K-12 schools. Collecting signatures

Declaration Of Rebecca Schroeder    p. 5

face-to-face puts both volunteers and the general public at risk, and goes against the guidelines that we are hearing from public health officials.
The result is that **Idahoans are no longer able to exercise their constitutional right to bring forward a ballot initiative.** Please give Reclaim Idaho co-founder Luke Mayville the opportunity to meet with the Governor about the safest way to move forward with our ballot initiative. We have already collected over 30K signatures, and were well on our way to qualifying the initiative. Hundreds of volunteers have already put in hundreds of hours. Along with the Governor, our priority is the health and safety of
our Idaho communities. This extraordinary situation requires action by the Governor to ensure the public safety is maintained while we exercise our Constitutional rights.
Sincerest thanks, Rebecca Schroeder

33. Andrew Mitzel responded at 9:04 am and wrote:

   Thanks for reaching out. I would encourage you to reach out to
   the Secretary of State's office with your concerns regarding ballot initiatives as they oversee that process.- Andrew

34. I responded that:

   We have been simultaneously consulting with the SOS office. They advised us that it would take a Legislative or Executive action to extend the signature deadline. We have communicated with them about **electronic signature gathering (the only safe method at this point)** also, and await their response. I hope that if Executive action is required-- that Governor Little would consider a meeting with one of us. I know you all are bombarded with trying to deal with this crisis...we are doing the same. Hundreds of volunteers have put their hearts into this effort. We understand that this is an extraordinary request--but we are certainly in extraordinary times.

35. Andrew Mitzel again referred Reclaim to the Secretary of State's office, stating:

   Rebecca: We understand your concerns about the limitations that the current situation presents. The Secretary of State's office is actively working on ways to make the election process move forward in light of the concerns about spreading coronavirus, and your organization may benefit from using some of their ideas. The Governor's Office is intently focused on the health and safety of the broader population right now, and we are referring you to the Secretary of State's office to resolve these concerns.

36. I again wrote to Andrew Mitzel that we were being advised that the Secretary of State's

office did not have the jurisdiction to resolve this, and requested a meeting. I wrote:

   Dear Andrew: The SOS has just informed us that a change to electronic signature gathering would require Executive or Legislative action. I understand that the Governor's office is very busy dealing with this crisis--but the SOS does not have jurisdiction to

Declaration Of Rebecca Schroeder    p. 6

resolve this--and it absolutely falls under the realm of protecting wider public safety. We request a meeting or phone call about this urgent matter please.

37. Andrew Mitzel replied for the final time indicated the Governor would not take executive action, stating:

Given our intense focus on spending as much time and resources on protecting the health and safety of the broader population, the Governor's Office has no intention of taking executive action on this matter.

38. I responded yet again, and indicated:

that encouraging 100K face-to-face conversations as we exercise our constitutional rights **absolutely** falls into the category of protecting the wider public health, and requires the Governor's attention. Please consider at meeting or phone call to discuss this.

One more important consideration--the Governor could face unintended liability for failing to address this urgent concern if people become ill due to his lack of action. We have an online petition circulating asking Governor Little to take action. I am speaking not just for our organization, but on behalf of the hundreds of folks who have volunteered time and energy on this. This is the right thing to do to protect public safety. Thank you.

**Reclaim Idaho's Communications with Idaho Secretary of State regarding Covid-19**

39. On behalf of Reclaim, I also communicated with the Secretary of State. I emailed:

Dear Mr. Denney: We are faced with a global pandemic. Idahoans are responding by cancelling public events and dramatically reducing face-to-face interactions. This reality creates extraordinary obstacles for Idaho's ballot initiative process and the constitutional right of every Idahoan to participate in that process. Idaho's initiative qualification laws, which are among the strictest in the country, require tens of thousands of face-to-face interactions. In the interest of safeguarding the health of the public and protecting the constitutional rights of Idahoans, we are asking to authorize temporary online petitioning for Idaho ballot initiatives. The state of Idaho conducts much of our public business online, from voter registration to campaign finance documentation to the registration of new corporations. It is well within our capacity as a state to process petition signatures online. During these extraordinary times, online petitioning is the most effective way to protect public safety while maintaining the constitutional right of Idahoans to participate in the ballot initiative process.
 Please advise if this is within the realm of the SOS, or whether it would require Legislative or Executive action.

As the executive director of Reclaim Idaho, I have hundreds of volunteers (many retirees and "at risk" individuals) reaching out to me for guidance. At this point, electronic signature gathering is truly the only safe path forward. Over 30K signatures have already

Declaration Of Rebecca Schroeder        p. 7

been collected, and several districts have qualified with their 6% of voters. I understand that this is an extraordinary request--but we are obviously facing extraordinary times.

40. A staff member of the Secretary of State replied that electronic signatures were not allowed per the Idaho Code:

> Thank you and your fellow supporters for sharing your concern with us via email. While we understand the current situation we are in is unprecedented and can appreciate how the further efforts in attaining the remaining signatures for your petition will be complicated logistically, we are sorry to say that there is no statute allowing electronic signatures for petitions in Idaho Statutes 34 Chapter 18. Sincerely, Sheryl

**Reclaim Idaho Forced to Suspend Campaign After State Refused to Modify Requirements**

41. In one final attempt to salvage our signature drive, our team contacted Representative John Gannon on March 18th and asked him to propose legislation in the Idaho House of Representatives that would temporarily adjust Idaho's ballot initiative rules. After sharing a legislative proposal with at least one member of majority leadership, Rep. Gannon informed us that he was unable to find support for the bill and there was therefore no legislative path forward.

42. Without accommodations from Governor Little, the Idaho SOS, or the Idaho Legislature, Reclaim Idaho was left with no choice but to suspend signature gathering for the Invest in Idaho ballot initiative.

43. We had spent months building volunteer capacity, and were at the height of our signature gathering when COVID-19 arrived.

44. We were ahead of the pace that we had kept on our successful Medicaid Expansion initiative when we were forced to suspend our efforts.

45. Reclaim Idaho volunteers were on track to qualify the invest in Idaho initiative until Covid-19 hit.

Declaration Of Rebecca Schroeder    p. 8

46. It was heartbreaking to suspend the campaign that volunteers had worked so hard to build. We launched an online petition urging Governor Little to intervene, but no action was taken by Governor Little's office.

47. With signature gathering suspended—fundraising efforts also became impossible to sustain.

48. Because of the COVID-19 pandemic and public health orders, Idahoans were unable to exercise their First Amendment constitutional rights.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED ON this 5th day of June 2020.

                                                  /s/Rebecca Schroeder