Reclaim Idaho Exhibit No. 6

Declaration of Ashley Prince

Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
daf@fergusondurham.com
chd@fergusondurham.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **RECLAIM IDAHO**, an Idaho Political Action Committee; **LUKE MAYVILLE**<br><br>Plaintiff,<br><br>v.<br><br>**BRADLEY LITTLE**, in his official capacity as Governor of Idaho;**LAWERENCE DENNEY**, in his official capacity as Idaho Secretary of State<br><br>Defendants. | Case No. 1:20-cv-00268-BLW<br><br>**DECLARATION OF ASHLEY PRINCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Ashley Prince, having first been duly sworn upon oath, declare as follows:

1. My name is Ashley Prince, and I am the Field Director of Reclaim Idaho, the Plaintiff in this case.

2. The Invest in Idaho campaign started with 143 volunteers in October 2019.

Declaration of Ashley Prince          1

3. Throughout the signature drive, there were always a portion of our volunteers who collected signatures at a relatively high and frequent rate. I'll designate those volunteers here as "highly active."

4. Not including big events we had around 25 highly active volunteers around the state collecting an average of 12 signatures a week through December. By February we had around 80 highly active volunteers a week averaging 36 signatures a week.

5. By March 10th we had grown to 546 volunteers statewide with 150 being highly active, each with an average of 50 signatures per week.

6. Our volunteer network grew not only in terms of the sheer number of volunteers but also in geographic terms.

7. To give one example: On March 1st we activated a new team of volunteers in the town of Mountain Home, which is an area in which Reclaim Idaho had not previously organized. Within their first week, the newly organized Mountain Home team collected over 100 signatures.

8. We have a process to verify the signatures we collect by matching the signers of the petition against a list of registered Idaho voters provided by the Secretary of State. We have been able to do this work efficiently with the use of REACH, a smartphone app for data organization and grassroots organizing. We signed a contract for the use of REACH for $300 per month beginning in the fall of 2019.

9. The purpose of prescreening the signatures before submitting them to the local county clerks was to better keep track of how many signatures we collected so we knew as a campaign how close we were getting to the qualifying goal. This is a necessary step because the county clerks are not uniform on how quickly they verify signatures and certify petitions. The only deadline counties have to verify signatures is within 60 days of the petition turn-in deadline or no

Declaration of Ashley Prince          2

later than June 30th of an election year. This deadline does not allow our campaign to change tactics to meet the goal or know how many signatures collected are valid until after the deadline.

10. The process of internally validating signatures is to have volunteers match the signer. We look for 3 key things. 1. Is the voters name legible? If it is not legible the clerks cannot find the voters information to certify the signature 2. Are they registered to vote in Idaho? 3. Are they registered to vote at the same address that they signed the petition with? If a volunteer finds that all 3 of these metrics are met the signature is classified as likely valid and goes towards the total of signatures needed to meet the qualifying goal.

11. Based on the campaign's internal verification of signatures we had qualified 5 legislative districts with another 7 expected to qualify by the end of March. The final 6 legislative districts were on pace to qualify in April before the deadline.

12. We collected an estimated 33,000 signatures by March 18th. Our internal verification indicated that 86% of those signatures were valid.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. EXECUTED ON this 5TH day of June 2020.

/s/ Ashley Prince

Declaration of Ashley Prince					3