Reclaim Idaho Exhibit No. 7

Declaration of Linda Larson

Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
daf@fergusondurham.com
chd@fergusondurham.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **RECLAIM IDAHO**, an Idaho Political Action Committee, and **LUKE MAYVILLE**,<br><br>  Plaintiffs,<br><br>v.<br><br>**BRADLEY LITTLE,** in his official capacity as Governor of Idaho, and **LAWERENCE DENNEY**, in his official capacity as Idaho Secretary of State,<br><br>  Defendants. | Case No. 1:20-cv-00268-BLW<br><br>**DECLARATION OF LINDA LARSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Linda Larson, having first been duly sworn upon oath, declare as follows:

1. My name is Linda Larson, and I am the Volunteer Leader for Bonner County of Reclaim Idaho, a Plaintiff in this case.

2. The Reclaim Idaho "Invest In Idaho" campaign was abruptly halted on March 18, 2020 due to the coronavirus pandemic, after Reclaim's requests to state officials to allow electronic

1

signature gathering were denied. Our volunteer team in Sandpoint--working alongside a team of volunteers in Bonners Ferry--had already qualified District 1 and was ready to help add signatures to the statewide totals.

3. Had Reclaim Idaho been able to continue, there is no doubt in my mind that we would have successfully met the state requirements needed to see this put on the November ballot. I have provided a summary here of the events as they happened in Sandpoint, Idaho, Bonner County, District 1.

4. I served as a volunteer for Reclaim Idaho in the capacity of co-Leader for Bonner County during the 2017/2018 Medicaid Expansion campaign where our team collected over 4000 signatures. We easily qualified District 1 and helped collect additional signatures that went to the statewide totals needed to put Medicaid Expansion on the ballot. Our team consisted of over 100 dedicated volunteers.

5. The Invest in Idaho campaign started in November of 2019 and I accepted the volunteer position of Bonner County Leader.

6. Our team assembled quickly and collected over 300 signatures during our first one day event.

7. We began with the goal of collecting 100 signatures per week and easily exceeded that during most weeks.

8. On February 1, we held an event in Sandpoint to tell people more about the initiative and 65 people attended. We were able to recruit 55 new volunteers who committed to collect signatures at events or from friends and family.

9. The momentum from that event continued to build and we collected over 800 signatures during the month of February.

2

10. By early March, my team was beginning to become concerned about how the virus might affect our campaign.

11. We decided to set a new goal of qualifying no later than March 30 in case the virus disrupted our collection activities.

12. The majority of our team in Sandpoint is over 60 years old, and many had high risk family members as well, so we were on high alert for potential risks.

13. Starting in early March, we began purchasing masks, gloves, hand sanitizers and disinfectant wipes.

14. We started requiring that all volunteers use the extra hygiene precautions and provided pocketed aprons and supplies to everyone collecting at public events.

15. As the CDC guidelines began to be released, our team decided that the last public event that we would collect signatures at would be March 13 as we no longer believed that we could assure the safety of our volunteers and the public.

16. Specifically, volunteers Nancy Gerth, Jill Trick, Carol Holmes, Rebecca Holland, and Linda Byars, voiced concerns about safety for themselves and for the public.

17. We all brainstormed about different possible methods for collecting in a safe manner, but in the end Reclaim Idaho suspended the campaign on March 18 after the leadership of Reclaim Idaho were informed we could not collect signatures electronically or get an extension to the original signature deadline.

18. In the absence of a solution to collect signatures during the pandemic, we were all very discouraged, frustrated and disappointed. Reclaim Idaho's volunteers called and emailed the Governor and asked for an extension of the deadline or permission to collect signatures electronically. Governor Little denied our requests which left us feeling demoralized.

19. I believe the state of Idaho has a responsibility to protect our rights during these unprecedented times.

20. In an interview with National Public Radio that aired on March 31st, I spoke of the importance of the initiative process for addressing the underfunding of Idaho schools: "If our legislators aren't willing to solve it, then, OK, fine, we'll do this, but give us the tools to be able to do this. That's all we're asking."

21. We immediately stopped all collection activities and turned in our last petitions to the elections office on March 27.

22. Because we had increased our collection efforts in early March, we were easily able to qualify our district, five weeks before the April 30 deadline.

23. From my experience with the Medicaid Expansion efforts, the last six weeks were by far the most productive weeks during the collection window.

24. This campaign was no different except that I feel we had a stronger, more experienced team this time around.

25. I have no doubt that our team would have continued to work hard right up to the deadline to ensure that the statewide totals were met. We even had a dedicated team who was ready to travel to other districts that needed assistance. One volunteer, Rebecca Holland, offered to lead this venture and offered to fund the travel expenses as an in-kind donation to Reclaim Idaho.

26. My team of volunteers understood that the current level of funding for education in Idaho is a crisis. They recognized that this effort was critical and were ready to do the work necessary to help this initiative succeed. They were every bit as dedicated to getting this initiative onto the ballot as were my volunteers for the Medicaid Expansion effort.

27. Based on my personal experience, I believe that had we been able to continue collecting signatures our statewide team would have met the state requirements to put our initiative onto the November 3, 2020 ballot.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. EXECUTED ON this 6th day of June 2020.

/s/ Linda Larson

5