Reclaim Idaho Exhibit No. 8

Declaration of Karen Lansing

Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
daf@fergusondurham.com
chd@fergusondurham.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **RECLAIM IDAHO**, an Idaho Political Action Committee, and **LUKE MAYVILLE,**<br><br>Plaintiffs,<br><br>v.<br><br>**BRADLEY LITTLE**, in his official capacity as Governor of Idaho, and **LAWERENCE DENNEY**, in his official capacity as Idaho Secretary of State,<br><br>Defendants. | Case No. 1:20-cv-00268-BLW<br><br>**DECLARATION OF KAREN LANSING IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Karen Lansing, having first been duly sworn upon oath, declare as follows:

1.      My name is Karen Lansing, and I am an active volunteer of Reclaim Idaho, the Plaintiff

in this case.

2.      I formerly sat as a judge on Idaho Court of Appeals from 1993 to 2015.

1

3.      I became associated with Reclaim Idaho in January 2018 when I volunteered to gather signatures on the initiative petition to expand Medicaid in Idaho.

4.      When the organization launched its second initiative effort, this time to increase state funding for public schools, I again participated.  I began gathering petition signatures as soon as the new petition form was released in October, 2019.  I simultaneously gathered signatures for a separate, unrelated initiative to raise the minimum wage in Idaho.

5.      In October and November, 2020, I also composed for publication a guest opinion supporting the initiative which is attached to my declaration as Exhibit A.  To gather historical information and statistical data for the piece, I researched extensively on-line and at the Idaho Law Library.   This opinion piece was published in the November 17, 2019 issue of the Idaho Stateman newspaper.

6.      I gathered petition signatures in a number of ways.  These included going door-to-door in residential neighborhoods in Boise and Eagle, Idaho; standing in the vicinity of polling places on election days in November, 2019 and March 2020 to solicit signatures from voters, approaching people attending rallies and other political events; standing near entrances to public libraries and other public buildings in Boise and Nampa, Idaho; and requesting signatures of passers-by on public sidewalks.

7.      During the winter, obtaining signatures was very challenging because of the weather. Soliciting signatures in a rain or snow storm isn't practical because the petitions will get wet. When there was no precipitation, it was nevertheless difficult because I found that I often could stand outside no longer than about an hour before I my hands became too cold to continue.  I was impressed, however, by the number of people who were willing to pause in the bitter cold to write their names and addresses on the petition.

2

8.     As the weather improved in February and early March, 2020, I was able to greatly increase time devoted to signature gathering.  During that period, I spent several hours on most days gathering petition signatures and doing related data entry.

9.     It became impossible to continue, however, due to the spread of coronavirus cases in Idaho.

10.     Initially, when the coronavirus became a concern, Reclaim Idaho leaders considered whether we could continue the initiative effort by taking special steps to protect signature gatherers and petition signers.  Ideas included having the volunteers wear gloves and providing a separate ink pen for each signer to prevent virus transmission.  Ultimately it was decided that no such measures could assure participants' safety because participants would inevitably come into close contact and individuals could not sign the petition without touching the paper that had been touched by others.

11.     Moreover, one of the most productive means of gathering signatures—taking positions at public facilities with heavy foot traffic such as libraries and driver's licensing offices—would become impossible as those facilities were closing.

12.     For all of the above reasons, continuation of the signature drive was impossible.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON this 5th day of June 2020.

/s/Karen Lansing

3

# EXHIBIT A

# TO LANSING DECLARATION

# Idaho Statesman

## Let's stop starving our schools in Idaho

BY KAREN LANSING

NOVEMBER 17, 2019 07:00 AM

Our forebears who drafted the Idaho Constitution astutely recognized the importance of quality public education. In Article IX, Section 1 of that document they provided: "The stability of a republican form of government depending mainly upon the intelligence of the people, it shall be the duty of the Legislature of Idaho, to establish and maintain a general, uniform and thorough system of public free common schools."

Despite that constitutional mandate, many Idaho school districts are operating in financial crisis conditions. Forty-five of Idaho's 115 school districts have four-day school weeks because they cannot afford to heat school buildings and run school buses five days a week. Some schools have classrooms without a sufficient number of desks to seat all the students. Teachers are fleeing from rural districts to larger communities or to other states for better pay. This failure to invest in Idaho's public schools is nothing new. As a lifelong Idahoan (and a graduate of Orofino High School), I have watched with alarm for years as the adequacy of investment in our public schools has declined.

A few statistics illuminate the deficiency of this state's investment in education. According to the U.S. Census Bureau, Idaho ranked second-to-last nationally in per-pupil investment for the 2017-18 academic year. Idaho schools received $7,486 per student in state, local, and federal revenue compared to a national average of $12,201. Neighboring Montana invested about $4,000 more per student than Idaho. Wyoming expended about $9,000 more.

The perpetual inadequacy of state investment in Idaho schools is the impetus behind a new voter initiative launched by Reclaim Idaho, the group that got Medicaid Expansion on the 2018 ballot. The "Invest in Idaho" initiative would increase the corporate tax rate,

create a new marginal income tax rate for Idaho's wealthiest individuals, and place the resulting revenue into a fund earmarked for K-12 public education.

Currently, Idaho's tax rate for personal incomes over $7,500 is 6.925 percent. The initiative would add a new tax bracket, increasing the marginal rate to 9.925 percent for income exceeding $250,000 for individuals and income over $500,000 for couples. In other words, an individual making $250,000 or a couple making $500,000 would see no tax increase — only the income above those amounts would be taxed at the new rate. The initiative would also restore the corporate income tax rate to 8 percent, where it stood before 2001. If passed, this initiative will generate about $170 million annually to invest in K-12 schools.

Lest readers fear these enhanced rates for high-income Idahoans would be unfair, let's take a look at current tax burdens. First, Idaho's present income tax structure is virtually flat — people making less than $8,000 pay the same income tax rate as millionaires.

Second, low-wage earners pay a far higher percentage of their incomes for sales, excise, and property taxes than the rich do. According to the Institute on Taxation and Economic Policy, in 2018 the lowest-earning 20 percent of Idahoans paid out over 9 percent of their wages for such taxes. The top one percent of earners paid only 2.5 percent. Consequently, even when state income tax is added to those other state and local taxes, the poorest Idahoans expended a higher share of their wages for taxes (9.2%) than did the wealthiest Idahoans (7.2%). This regressive tax structure was made even worse in 2018 when the legislature altered state law to conform to federal tax changes that heavily favored the wealthy and corporations.

Lastly, consider the tax reductions enjoyed over the last several years by affluent Idahoans. Despite the financial struggles of public schools, the legislature has reduced the top income tax rates three times since 2004, when the highest rate was 8.2 percent. It was decreased to 7.8 percent in 2005, then to 7.4 percent in 2012, and to the current 6.925 percent in 2018. During that same period, Idaho left unfilled thousands of high-paying jobs worth hundreds of millions in unclaimed wages because Idaho cannot produce enough skilled workers. This is not a coincidence.

It is apparent that if our public schools are ever to be adequately funded, Idaho voters will have to create the mechanism to do it. That is why every Idahoan should get behind the

"Invest in Idaho" initiative. It's easy — just sign the initiative petition and vote for it on your 2020 ballot. Or better yet, volunteer to help with the effort!