Reclaim Idaho Exhibit No. 9

Declaration of Deborah Silver

Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
daf@fergusondurham.com
chd@fergusondurham.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **RECLAIM IDAHO**, an Idaho Political Action Committee, and **LUKE MAYVILLE,** | |
| Plaintiffs, | Case No. 1:20-cv-00268-BLW |
| v. | |
| **BRADLEY LITTLE**, in his official capacity as Governor of Idaho; **LAWERENCE DENNEY**, in his official capacity as Idaho Secretary of State; Defendants. | **DECLARATION OF DEBORAH SILVER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Deborah Silver, having first been duly sworn upon oath, declare as follows:

1.      My name is Deborah Silver, and I am a resident of Twin Falls, ID and a Certified Public Accountant.  I became the volunteer treasurer for Reclaim Idaho in 2019, and am the Reclaim Idaho volunteer district leader for legislative district 24 (Twin Falls).

2.      We got a jump start the initiative by gathering signatures on November 5, election day. We collected over 300 signatures with the help of about eight volunteers.

3.      On January 3 of 2020, Abi Sanford and I began doorknocking.  We started around 4:30 pm and knocked on about twelve doors. Less than half of those had people at home.  We gathered 8 signatures in less than an hour.  It was fully dark before 5:30; and we went home.  Of the people who were home, everyone signed, and a couple had more than one voter who signed.

4.      We began doorknocking five-seven days a week.  After the first week, we strategized that after five o'clock, more people are home.  After darkness falls, fewer doors open. We decided that it is most effective to try to door knock up until total darkness, so we adjusted the start time as the sun set later and later. We were starting around 4:00 at the beginning and going until 5:30.

5.      Our goal was 100 signatures a week. My personal goal was 60 and Abi and other volunteers would make up the difference.  The verified signature goal for our district is 1356.

6.      We used an app which showed us maps of registered voters, and we had another app which allowed us to look up registered voters.

7.      We knew that some of the signatures we would collect would be people who had moved and not changed their voter registration or were not registered- so we were collecting far more than the required signatures.

8.      In January and February, we met our goal of over 800 signatures. (The county elections office has been slow in verifying signatures.  They verified the November and January petitions

with a combined verification rate around 80%. I turned in the February signatures around March 6. The county recently notified me that they have finished verifying those petitions, but I have yet to pick them up.)

9.      At the end of February, the interest shown by volunteers was really picking up. We held a new volunteer meeting the last week of February and had about eight new volunteers. About ten people signed up to collect signatures on election day in Twin Falls.

10.     Due to a health issue, I was sidelined the first week of March, but volunteers kept us on track collecting the 100 signatures per week as per our plan.

11.     Also, critically, the sun was setting just a little bit later each day, so that our shifts were beginning after 5 and continuing until dark at or around 6:30. We were anticipating daylight savings time on March 8, which would allow us to door knock for an additional hour each evening. This would potentially double the amount of doors and signatures collected per shift. I now had over ten people who volunteered to doorknock with me at least one day a week.

12.     March 10 was the presidential primary. Volunteers collected signatures in Twin Falls. Abi Sanford and I traveled to Hailey, Idaho (Blaine county) and gathered signatures outside the polling places there along with volunteers from the area. The success rate was incredible. This was occurring around the state.

13.     By Friday of that week, we realized that continuing the effort with covid-19 looming was endangering both our volunteers and the voters we were contacting. My husband and I self -quarantined because it was evident that Blaine county was the epicenter of the pandemic.

14.     From January through early March, our records show that in Twin Falls, we made 2377 attempts at the doors, with a 39% contact rate. I am especially proud of this because this was winter weather. We went in snow, wind, and cold.

15.     I am confident that with the increased participation of volunteers and with the change to Daylight Savings Time, our district goal would have been achieved by April 1.  Our local volunteers would then expand beyond the city of Twin Falls and continue to collect signatures in District 23-Jerome, Buhl and Kimberly.

16.     I had personally committed to moving to Blaine county for the month of April to help with the signature gathering and organizing there.

17.     The fundraising for Reclaim Idaho was also picking up steam. Reclaim Idaho has attracted hundreds of unique donors, which can be seen by our publicly filed campaign reports.

18.     January through March we were attracting between 50-75 new donors each month. These were people who had not donated to us in 2019.

19.     We were meeting our fundraising goals as well as attracting new donors.  We averaged 300 donations a month January-April from our online fundraising vendor ActBlue.  There were over 320 individual donations in March and April even after halting the signature gathering. For reference, May saw 106 donations through ActBlue.

20.     Reclaim Idaho raised approximately $115,000 for our K-12 funding initiative. By March 18th, we had expended approximately $98,000 on the signature drive and we had approximately $17,000 additional funds in the bank.

21.     Our fundraising, volunteer interest, and signature gathering events were reaching critical mass in early March.

22.     The event on election day was the most successful in Reclaim Idaho's history.

23.     The surge in volunteers and critically the change in weather and Daylight Savings Time would have boosted all the organizing efforts.

24.     It was necessary to suspend because of Covid-19, but there is no doubt we were within striking distance of qualifying this ballot initiative.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of June 2020.

/s/ Deborah Silver