Reclaim Idaho Exhibit No. 10

Declaration of Counsel

LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation Division

ROBERT A. BERRY, ISB #7442
MEGAN A. LARRONDO, ISB #10597
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:     (208) 854-8073
robert.berry@ag.idaho.gov
megan.larrondo@ag.idaho.gov

    Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee, and LUKE MAYVILLE,<br><br>    Plaintiff,<br><br>vs.<br><br>BRADLEY LITTLE, in his official capacity as Governor of Idaho, and LAWERENCE DENNEY his official capacity as Idaho Secretary of State,<br><br>    Defendants. | Case No. 1:20-cv-00268-BLW<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS** |

    I, ROBERT A. BERRY, declare as follows:

    1.    I am over the age of 18 years and competent to testify on the matters herein. I make this declaration based upon my own personal knowledge.

DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS – 1

2. I am currently one of the counsel of record for the defendants in this matter and am employed as a Deputy Attorney General for the State of Idaho.

3. Attached hereto as Exhibit A is a copy of the 1933 Idaho Sess. Laws, Chapter 210 (H.B. No. 186).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 18th day of June, 2020.

                                          */s/ Robert A. Berry*
                                       ROBERT A. BERRY

DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS – 2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on June 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Deborah A. Ferguson<br>daf@fergusondurham.com | Craig H. Durham<br>chd@fergusondurham.com |

                                            */s/ Robert A. Berry*
                                            ROBERT A. BERRY
                                            Deputy Attorney General

Case: 1:20-cv-00184-DCN Document 180, Filed 06/18/20, Page 3 of 3

DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS – 3