Reclaim Idaho Exhibit No. 12

2nd Supplemental Declaration of Luke Mayville

Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho 83702
T: (208) 724-2617
F: (208) 906-8663
daf@fergusondurham.com
chd@fergusondurham.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **RECLAIM IDAHO**, a political action committee, and **LUKE MAYVILLE**,<br><br>Plaintiffs,<br><br>v.<br><br>**LAWERENCE DENNEY**, in his official capacity as Idaho Secretary of State; **BRADLEY LITTLE**, in his official capacity as Governor of Idaho<br><br>Defendants. | Case No. 1:20-cv-00268-BLW<br><br>**SECOND SUPPLEMENTAL DECLARATION OF LUKE MAYVILLE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

I, Luke Mayville, having first been duly sworn upon oath, declare as follows:

1.  My name is Luke Mayville, and I am a Co-founder of Reclaim Idaho, the plaintiff in this case. This is my second supplemental declaration in support of a preliminary injunction.

Second Supplemental Declaration of Luke Mayville      1

2. Today I learned that of the 10,593 petition signatures that have been verified to date and returned to Reclaim Idaho, none were verified from Ada County.

3. Reclaim Idaho dropped its first batch of signatures off at the Ada County Clerk's office on November 18, 2019.

4. Reclaim Idaho then dropped off four more subsequent batches of signatures on the following dates: December 17, 2019, January 22, 2020, February 4, 2020, and in March 11, 2020.

5. Lynn Lockhart, an employee of the Ada County Clerk's office provided me with the dates the signatures were dropped off by Reclaim Idaho at the Ada County clerk's office.

6. I estimate that approximately 10,000 petition signatures have been turned in by Reclaim Idaho so far. Of that number, approximately 2,000 were turned in last year in November and December 2019.

7. To date, Ada County has not returned any verified petitions to Reclaim Idaho.

8. I called the Ada County Clerk's office to ask how many signatures had been verified to date and was advised to submit an Idaho Public Records request in order to obtain that information.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. EXECUTED ON this 22nd day of June 2020.


/s/Luke Mayville

Second Supplemental Declaration of Luke Mayville 2

## CERTIFICATE OF SERVICE

I hereby certify on this 22nd day of June, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing

Robert A. Berry
Megan Ann Larrondo
robert.berry@ag.idaho.gov
megan.larrondo@ag.idaho.gov

Attorneys for Defendants

<i>/s/ Deborah A. Ferguson</i>