UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RECLAIM IDAHO, an Idaho political action committee and LUKE MAYVILLE,

               Plaintiffs - Appellees,

 v.

BRAD LITTLE, in his official capacity as Governor of Idaho and LAWERENCE DENNY, in his official capacity as Idaho Secretary of State,

               Defendants - Appellants.

No. 20-35584

D.C. No. 1:20-cv-00268-BLW
U.S. District Court for Idaho, Boise

**ORDER**

     The Mediation Program of the Ninth Circuit Court of Appeals facilitates settlement while appeals are pending. **See** Fed. R. App. P. 33 and Ninth Circuit Rule 33-1.

     By July 14, 2020, counsel for all parties intending to file briefs in this matter are requested to inform Chris Goelz, Circuit Mediator, by email at chris_goelz@ca9.uscourts.gov, of their clients' views on whether the issues on appeal or the underlying dispute might be amenable to settlement presently or in the foreseeable future. **Counsel are requested to include the Ninth Circuit case number in the subject line.** This communication will be kept confidential, if

requested, from the other parties in the case. This communication should not be filed with the court.

For more detailed information about the Mediation Program and its procedures generally, please see the Mediation Program website:

**www.ca9.uscourts.gov/mediation.**

**The existing briefing schedule remains in effect**.

FOR THE COURT:

Lynn Warton
lw/mediation                    Deputy Clerk