# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 7. Mediation Questionnaire

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 20-35584

**Case Name** Reclaim Idaho, an Idaho political action committee, and Luke Mayv

**Counsel submitting this form** Robert A. Berry

**Represented party/ parties** Idaho Governor Little and Idaho Secretary of State Denney.

*Briefly describe the dispute that gave rise to this lawsuit.*

Appellees sought a preliminary injunction to (1) extend the deadline to submit signatures for a ballot initiative measure five weeks after the deadline had passed and after they had declared their initiative effort was over on March 18, 2020 before any stay at home orders or state action occcured; and (2) to unilateraly re-write Idaho statute governing the procedures for obtaining in-person signatures through electronic signatures where the authority for designating initative procedures is vested in the Legislature by Idaho's Constitution. In their reply brief, appellees also sought to have the ballot initative certified on the ballot despite not meeting the current the requisite geographic and in-person signature requirements under Idaho law.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

*Briefly describe the result below and the main issues on appeal.*

The district court granted appellees' preliminary injunction and ordered the State to either (1) certify that the intiative be placed on the November 2020 ballot when it has not met the signature or geographic distribution requirement as required by Idaho law or (2) to extend the time to gather signatures by 48 days after the statutory deadline passed now two months ago and to allow for electronic signatures when that is not provided for in Idaho law governing initiatives.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

This is an appeal from a preliminary injuction. Governor Little and Secretary Denney have moved for an emergency stay of the injunction ordered by the district court pursuant to FRAP Rule 27-3.

**Signature** s/Robert A. Berry  **Date** July 6, 2020

(use *"s/[typed name]" to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at <u>forms@ca9.uscourts.gov</u>*