# EXHIBIT G

REPLY IN SUPPORT OF EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 FOR STAY PENDING APPEAL





### POLITICS

# Idaho Medical Marijuana Activists 'Likely' To Seek Signature Gathering Relief After Court Ruling



Published 4 days ago on July 3, 2020
By Kyle Jaeger 

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature-Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35584, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 3 of 15




A campaign to legalize medical marijuana in Idaho is preparing to potentially collect signatures again, as they are likely to seek the same relief that a federal court recently granted a separate campaign that found its petitioning efforts crippled by the coronavirus pandemic.

The judge said activists behind Reclaim Idaho, which is pushing an initiative on school funding, can start collecting signatures in-person and electronically for 48 days starting July 9. While the Idaho Cannabis Coalition wasn't involved in that case, they feel the ruling will apply to them and they're actively monitoring the situation.

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature-Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35594, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 4 of 15

cannabis businesses from being penalized by federal regulators is currently sitting in limbo in a Senate committee chaired by a senator who represents the state.

Creating a medical marijuana program in Idaho, which is one of small handful of states that don't yet even have limited CBD laws, could put additional pressure on Senate Banking Committee Chairman Mike Crapo (R-ID) to move the financial services legislation in Congress.

### Summer Dreams Of Marijuana-Infused Slushies Are Melted By Oklahoma Regulators



Bad news for Oklahoma medical marijuana patients trying to beat the summer heat with a marijuana-infused slushy: State regulators say the icy beverages "are unlikely to meet requirements set forth in Oklahoma statutes and rules" for cannabis products. As the weather heats up, THC-infused slushy machines have been popping up at more and more Oklahoma … Continue reading

 Marijuana Moment

Photo elements courtesy of rawpixel and Philip Steffan.

## Marijuana Moment is made possible with support from readers. If you rely on our cannabis advocacy journalism to stay informed, please consider a monthly Patreon pledge.

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature-Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35584, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 5 of 15

**RELATED TOPICS:** #FEATURED

DON'T MISS

Summer Dreams Of Marijuana-Infused Slushies Are Melted By Oklahoma Regulators

UP NEXT

Mississippi Medical Marijuana Activists Relieved After Controversial Legalization Resolution Stalls Out



Kyle Jaeger



Kyle Jaeger is Marijuana Moment's Los Angeles-based associate editor. His work has also appeared in High Times, VICE and attn.

YOU MAY LIKE

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature-Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35594, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 6 of 15

POLITICS

# New York City Adds More Exceptions To Pre-Employment Marijuana Testing Ban



Published 2 hours ago on July 7, 2020
By Kyle Jaeger

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature-Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35594, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 7 of 15

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature-Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35584, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 8 of 15

New York City officials have finalized rules for a local ban on pre-employment drug testing for marijuana, and they added additional exemptions that will allow an even greater number of workers to be screened for cannabis before they are hired.

The City Council approved the ban last year, and it was enacted without Mayor Bill de Blasio's (D) signature. It stipulates that, generally speaking, companies in the city can't conduct pre-employment tests for THC metabolites unless the position is safety sensitive. The policy took effect in May.

As originally written and passed, the bill included language carving out exceptions from the

CONTINUE READING

POLITICS

# Feds Hire Hazmat Firm For Marijuana Eradication Training



Published 18 hours ago on July 6, 2020
By Ben Adlin

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35594, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 9 of 15

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35584, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 10 of 15

The U.S. Forest Service will spend nearly $50,000 to hire a hazardous materials consulting firm to train employees how to safely remove marijuana grown on public lands under a newly awarded government contract.

The agency says the training is needed to protect employees, some of whom reportedly have been taken to emergency rooms after being exposed to hazardous chemicals while clearing marijuana plants in years past.

"Before 2016 we had numerous number [sic] of our Agents and Officers getting sick in our marijuana cultivation sites on our public lands requiring trips to emergency rooms with

CONTINUE READING

POLITICS

# DC Activists Submit Signatures To Put Psychedelics Decriminalization On November

7/7/2020     Idaho Medical Marijuana Activists Likely To Seek Signature Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35584, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 11 of 15

# Ballot



Published **23 hours ago** on **July 6, 2020**
By **Ben Adlin**

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature Gathering Relief After Court Ruling - Marijuana Moment

Case: 20-35584, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 12 of 15

"We are in the process of working with the local medical marijuana campaign to assess whether Judge Winmill's order provides a route for the medical marijuana initiative to still qualify for the November ballot," Tamar Todd, legal director for the New Approach PAC, which is lending support to the state cannabis effort, told Marijuana Moment.

"The medical marijuana campaign is similarly situated to the Reclaim Idaho campaign and will likely ask for a similar extension of time and permission to collect signatures electronically from the Secretary of State, and if necessary, from the District Court," she said. "I don't know the exact timeline as there are a number of moving pieces but it will be quick."

On June 23, U.S. District Judge B. Lynn Winmill gave the state two options: either allow electronic signature gathering for 48 days or simply place the Reclaim Idaho initiative on the ballot regardless of the signature requirement. The state chose neither and proceeded to request that the ruling be stayed.

The judge denied the state's request to stay the order, so the signature gathering for the school funding campaign can proceed on July 9. The state has since filed an emergency motion with the U.S. Court of Appeals for the Ninth Circuit to challenge the lower court's ruling.

"The district court order severely and unquestionably disrupts Idaho's election," the state deputy attorney general wrote in the motion.





7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35584, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 13 of 15

An ambitious campaign to decriminalize psychedelics in Washington, D.C., is one step closer to placing their measure on the November ballot with the formal submission of tens of thousands of voter signatures.

Organizers have been scrambling for weeks to collect enough signatures from D.C. voters by Monday's deadline amid historically difficult circumstances: a global pandemic, months of stay-at-home orders and protests over racism and police violence that filled the streets of the nation's capital. But with the help of innovative signature-gathering techniques and allies flown in from across the country, advocates said they had successfully submitted upwards of 35,000 signatures—more than enough to qualify the initiative

CONTINUE READING

7/7/2020 Idaho Medical Marijuana Activists Likely To Seek Signature Gathering Relief After Court Ruling | Marijuana Moment

Case: 20-35584, 07/07/2020, ID: 11743817, DktEntry: 11-2, Page 14 of 15



Idaho Cannabis Coalition was Live • Follow

Share

The deadline to submit 55,057 signatures to qualify the cannabis initiative passed on May 1, shortly after the group announced it was suspending petitioning activities because of the health crisis and the stay-at-home social distancing measures the state enacted. The cannabis campaign said it has about 45,000 raw signatures on hand at this point, and they're confident that can fill the gap if they get the deadline extension and electronic petitioning option.

Under the proposed measure, patients with qualifying conditions could receive medical cannabis recommendations from physicians and then possess up to four ounces of marijuana and grow up to six plants.

While advocates say passing medical marijuana in one of the remaining states without such policies on the books would be a victory for patients in its own right, it could also have outsized federal implications. A House-passed bill to protect banks that service state-legal





ABOUT MARIJUANA MOMENT   SUBSCRIBE   SPONSORSHIP AND ADVERTISING   PRIVACY POLICY

Copyright © 2017-2020 Marijuana Moment LLC ® and Tom Angell