# EXHIBIT I

REPLY IN SUPPORT OF EMERGENCY MOTION UNDER
CIRCUIT RULE 27-3 FOR STAY PENDING APPEAL

LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation Division

ROBERT A. BERRY, ISB #7442
MEGAN A. LARRONDO, ISB #10597
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:     (208) 854-8073
robert.berry@ag.idaho.gov
megan.larrondo@ag.idaho.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee, and LUKE MAYVILLE, <br><br> Plaintiff, <br><br> vs. <br><br> BRADLEY LITTLE, in his official capacity as Governor of Idaho, and LAWERENCE DENNEY his official capacity as Idaho Secretary of State, <br><br> Defendants. | Case No. 1:20-cv-00268-BLW <br><br> **SUPPLEMENTAL DECLARATION OF PHIL MCGRANE IN SUPPORT OF DEFENDANTS** |

I, PHIL MCGRANE, declare as follows:

1.     I am over the age of 18 years and competent to testify on the matters herein. I make this declaration based upon my own personal knowledge.

2.     I am the Ada County Clerk and am responsible for the supervision and

SUPPLEMENTAL DECLARATION OF PHIL MCGRANE IN SUPPORT OF DEFENDANTS – 1

administration of elections in Ada County. This includes the verification of petition signatures.

3.     The Elections division of my office strives to maintain open and cooperative communication with all parties involved the circulation of petitions. This includes the Plaintiff, Reclaim Idaho.

4.     During all petition cycles, we work with circulators to balance the demands and deadlines related to verifying petitions with the demands and deadlines of conducting elections.

5.     Ada County Elections has received approximately 940 petitions from Reclaim Idaho for the petition in question. Each of these petitions contain anywhere from one to twelve signatures needing review.

6.     On April 6th, having seen media reports that Reclaim Idaho was ceasing its efforts to collect signatures, our Elections Director, Saul Seyler, contacted Reclaim Idaho to determine if signature verification was still being requested. Attached to this declaration are e-mails confirming this conversation from April 8th and 9th between Mr. Seyler and Ashley Prince, Field Director for Reclaim Idaho. As the e-mails indicate, Reclaim Idaho was aware of the extraordinary challenges our office is facing and confirmed that they were not asking us to validate the signatures we had received from their campaign.

7.     Ada County relied in good faith on the phone conversation and e-mail exchange with Ms. Prince and has not validated the signatures on the petitions from Reclaim Idaho in advance of the June 30th deadline.

8.     Conducting a fair, free, safe and accessible election is challenging anytime. Doing so during the current COVID-19 pandemic, has proven, and will continue to be extremely difficult. These challenges and risks have recently been highlighted by other states, specifically Georgia and Wisconsin, as they have recently struggled to conduct their primary elections.

SUPPLEMENTAL DECLARATION OF PHIL MCGRANE IN SUPPORT OF DEFENDANTS – 2

9.      In Idaho, the demand for mail ballots and the corresponding work has significantly increased because of the pandemic. Leading up to the State's recent May Primary election, I increased the elections staff from ten to forty in order to keep up with the demand. Recruiting poll workers and securing polling locations has also proven to be significantly more difficult because of the associated health risks related to the pandemic. Every indication is that all of these challenges will continue to exist through the August and November elections. I anticipate that our overall workload will nearly double for each of these elections due to the necessary changes caused by the pandemic. This is due to the requirement to maintain traditional polling places, while simultaneously conducting significant mail out voting and the addition of safety measures needed to protect public health in each.

10.     The Plaintiffs' recent proposal to shorten the time for my office to verify petition signatures from sixty (60) days to twenty-one (21) days would be extremely difficult to achieve, particularly in the populous areas like Ada County. This burden is significantly increased by our reliance on the communication from Reclaim Idaho that we did not need to increase resources and personnel in order to verify the signatures they had previously provided us.

11.     As mentioned in my initial declaration, we often struggle to meet the sixty day timeframe due to the sheer volume of signatures requiring review. Individually reviewing and comparing tens of thousands of anything takes considerable time and resources. This is true of reviewing signatures and looking up individuals to confirm they are actively registered to vote. The proposed alternatives for signature gathering will not significantly alter the time needed for review.

12.     As stated previously, both the upcoming August and November elections are going to be extremely difficult to conduct without adding in the task of verifying initiative signatures

SUPPLEMENTAL DECLARATION OF PHIL MCGRANE IN SUPPORT OF DEFENDANTS – 3

during either of these elections. The proposed timeline creates a conflict between the administration of a fair, free, safe and accessible election and the need to verify the authenticity of signatures filed for a petition, both of which are important. This conflict is largely and intentionally avoided under existing law.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 23rd day of June, 2020.

_____*/s/ Phil McGrane*_____
PHIL MCGRANE

SUPPLEMENTAL DECLARATION OF PHIL MCGRANE IN SUPPORT OF DEFENDANTS – 4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system which sent a Notice of Electronic Filing to the following persons:

Deborah A. Ferguson
daf@fergusondurham.com

Craig H. Durham
chd@fergusondurham.com

_/s/ Robert A. Berry_

ROBERT A. BERRY
Deputy Attorney General

SUPPLEMENTAL DECLARATION OF PHIL MCGRANE IN SUPPORT OF DEFENDANTS – 5