# EXHIBIT J

REPLY IN SUPPORT OF EMERGENCY MOTION UNDER CIRCUIT RULE 27-3 FOR STAY PENDING APPEAL

LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB #3586
Chief of Civil Litigation Division

ROBERT A. BERRY, ISB #7442
MEGAN A. LARRONDO, ISB #10597
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
P.O. Box 83720
Boise, ID  83720-0010
Telephone:     (208) 334-2400
Facsimile:      (208) 854-8073
robert.berry@ag.idaho.gov
megan.larrondo@ag.idaho.gov

      Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee, and LUKE MAYVILLE, | Case No. 1:20-cv-00268-BLW |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF JASON HANCOCK IN SUPPORT OF DEFENDANTS** |
| vs. | |
| BRADLEY LITTLE, in his official capacity as Governor of Idaho, and LAWERENCE DENNEY his official capacity as Idaho Secretary of State, | |
| Defendants. | |

I, JASON HANCOCK, declare as follows:

1.    I am over the age of 18 years and competent to testify on the matters herein. I make this declaration based upon my own personal knowledge.

SUPPLEMENTAL DECLARATION OF JASON HANCOCK IN SUPPORT OF
DEFENDANTS – 1

2. Plaintiffs' reference the ability over the last primary to request an absentee ballot electronically, but the reference does not identify the factors used to authenticate the identity of the requesting party.

3. The Secretary of State's Office used three non-public factors to authenticate the identity of the requesting party: date of birth; Idaho driver's license or identification number; and the last four digits of a person's social security number.

4. When individuals register to vote today, they are required to list their Idaho driver's license or identification number, or the last four digits of their social security number, but that has not always been the case.

5. In the past, individuals could register to vote simply by signing the voter registration form.

6. Voters with an older, signature-only voter registration form on file were unable to request their absentee ballot for the May 2020 primary election electronically, and had to use a signed, paper request form instead.

7. Notably, the electronic request for an absentee ballot did not alter the requirement that the outer envelope of the absentee ballot be signed by the voter and returned to the applicable county clerk.

8. Upon receipt of the absentee ballot, the county clerk would compare the signature with the signature on file, to ensure that they matched, and would also check to ensure that the voter was a registered voter.

9. The signature, therefore, was a required authenticating factor, regardless of how the absentee ballot was requested.

10. Using DocuSign in the way the Plaintiffs suggest would also raise issues for

SUPPLEMENTAL DECLARATION OF JASON HANCOCK IN SUPPORT OF
DEFENDANTS – 2

counting signatures for a petition.

11. If individuals with an older voter registration provide DocuSign with their Idaho driver's license or identification number, and social security number, as proposed by the Plaintiffs, the county clerk would not have a record with which to match the information submitted, because this information does not exist for most older voter registrations.

12. Unlike the driver's license or identification number, or last four digits of the social security number, the voter signature is the universal identifier available for all voters and petition signers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 23rd day of June, 2020.

                                  */s/ Jason Hancock*
                                  JASON HANCOCK

SUPPLEMENTAL DECLARATION OF JASON HANCOCK IN SUPPORT OF
DEFENDANTS – 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CMF/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Deborah A. Ferguson<br>daf@fergusondurham.com | Craig H. Durham<br>chd@fergusondurham.com |

                                                */s/ Robert A. Berry*
                                                ROBERT A. BERRY
                                                Deputy Attorney General