UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RECLAIM IDAHO, an Idaho political action committee and LUKE MAYVILLE,

        Plaintiffs - Appellees,

 v.

BRAD LITTLE, in his official capacity as Governor of Idaho and LAWERENCE DENNY, in his official capacity as Idaho Secretary of State,

        Defendants - Appellants.

No. 20-35584

D.C. No. 1:20-cv-00268-BLW
U.S. District Court for Idaho, Boise

**ORDER**

This case is RELEASED from the Mediation Program.

The briefing schedule previously established by the court remains in effect.

FOR THE COURT:

Lynn Warton
Deputy Clerk

lw/mediation