**FILED**

**JUL 24 2020**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee; LUKE MAYVILLE,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>BRAD LITTLE, in his official capacity as Governor of Idaho; LAWERENCE DENNY, in his official capacity as Idaho Secretary of State,<br><br>    Defendants-Appellants. | No. 20-35584<br><br>D.C. No. 1:20-cv-00268-BLW<br>District of Idaho,<br>Boise<br><br>ORDER |
| PEOPLE NOT POLITICIANS OREGON; COMMON CAUSE; LEAGUE OF WOMEN VOTERS OF OREGON; NAACP OF EUGENE/SPRINGFIELD; INDEPENDENT PARTY OF OREGON; C. NORMAN TURRILL,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>BEVERLY CLARNO, Oregon Secretary of State,<br><br>    Defendant-Appellant. | No. 20-35630<br><br>D.C. No. 6:20-cv-01053-MC<br>District of Oregon,<br>Eugene |

The panel has voted to consolidate the two cases listed above for the purposes of oral argument. Each side will be allowed 30 minutes for argument. Oral argument will now be heard on Tuesday, August 11, 2020 at 9:30 a.m. in Anchorage, Alaska.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7