**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee; LUKE MAYVILLE, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> BRAD LITTLE, in his official capacity as Governor of Idaho; LAWERENCE DENNY, in his official capacity as Idaho Secretary of State, <br><br> Defendants-Appellants. | No. 20-35584 <br><br> D.C. No. 1:20-cv-00268-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |

After further review, the panel has determined that this case will not be consolidated with Case No. 20-35630.

Oral argument will now be heard on Thursday, August 13, 2020 at 9:30 a.m. in Anchorage, Alaska. Each side will be allowed 15 minutes for argument.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7