UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RECLAIM IDAHO, an Idaho political action committee and LUKE MAYVILLE,

        Plaintiffs - Appellees,

v.

BRAD LITTLE, in his official capacity as Governor of Idaho and LAWERENCE DENNY, in his official capacity as Idaho Secretary of State,

        Defendants - Appellants.

No. 20-35584

D.C. No. 1:20-cv-00268-BLW
U.S. District Court for Idaho, Boise

**ORDER**

The answering brief submitted on July 29, 2020 is filed.

Appellees are ordered to file 6 copies of the brief in paper format with red covers to be delivered to the Court by 12pm Pacific time tomorrow, Thursday, July 30, 2020, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website at http://www.ca9.uscourts.gov/forms/.

The supplemental excerpts of record submitted on July 29, 2020 are filed. Appellees are ordered to file 3 copies of the excerpts in paper format securely

bound on the left side, with white covers, to be delivered to the Court by 12pm Pacific time tomorrow, Thursday, July 30, 2020.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7