| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 3 2020 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

RECLAIM IDAHO, an Idaho political action committee; LUKE MAYVILLE,

    Plaintiffs-Appellees,

 v.

BRAD LITTLE, in his official capacity as Governor of Idaho; LAWERENCE DENNY, in his official capacity as Idaho Secretary of State,

    Defendants-Appellants.

No. 20-35584

D.C. No. 1:20-cv-00268-BLW
District of Idaho,
Boise

ORDER

    At oral argument, the parties shall be prepared to discuss the effect that *Little v. Reclaim Idaho*, 591 U.S. __ (2020) (*per curiam*) has on this case. In particular, the parties shall address whether "the delay occasioned by [the Supreme] Court's stay likely dooms to mootness" Appellees' First Amendment claims, *id.*, at __ (Sotomayor, J., dissenting from grant of stay) (dissent slip op., at 2), especially in light of Idaho's September 7 ballot certification deadline, *see* Idaho Code § 34-603. *See also Reclaim Idaho*, 591 U.S. at __ (Roberts, C.J., concurring in grant of stay) (slip op., at 4) (observing that the stay "may preclude this particular initiative from appearing on the ballot this November"). The parties should also be prepared to discuss whether any exceptions to the mootness doctrine apply. *See, e.g., Davis v. Federal Election Commission*, 554 U.S. 724 (2008).

Panel

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7