FILED

AUG 5 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee; LUKE MAYVILLE, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> BRAD LITTLE, in his official capacity as Governor of Idaho; LAWERENCE DENNY, in his official capacity as Idaho Secretary of State, <br><br> Defendants-Appellants. | No. 20-35584 <br><br> D.C. No. 1:20-cv-00268-BLW District of Idaho, Boise <br><br> ORDER |

Before: RAWLINSON, MURGUIA, and R. NELSON, Circuit Judges.

In light of *Little v. Reclaim Idaho*, No. 20A18, 591 U.S. \_\_\_ (2020), and Appellants' Reply, Appellees may file a sur-reply addressing potential mootness or any other impact of the stay order for this case, not to exceed 2,000 words, by Tuesday, August 11, 2020. No further briefs will be permitted.