No. 20-35584

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

_____

RECLAIM IDAHO, an Idaho Political Action Committee, and
LUKE MAYVILLE,
*Plaintiffs-Appellees*

v.

BRADLEY LITTLE, in his official capacity as Governor of Idaho,
and LAWERENCE DENNEY,
in his official capacity as Idaho Secretary of State,
*Defendants-Appellants.*
_____

Appeal from the United States District Court for the District of Idaho
Honorable B. Lynn Winmill
District Court Case No. 1:20-cv-00268-BLW
_____

## SUR-REPLY BRIEF OF APPELLEES RECLAIM IDAHO AND LUKE MAYVILLE
_____

Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho, 83702
T: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com
*Attorneys for Plaintiffs-Appellee*

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ................................................................................. ii

SUR-REPLY ..............................................................................................................1

CERTIFICATE OF SERVICE .................................................................................3

## TABLE OF AUTHORITIES

*Little v. Reclaim Idaho*, No. 20A18, 591 U.S. \_\_\_ (2020) .........................................1

In light of the Supreme Court's order dated July 30, 2020 on the State of Idaho's application for a stay in *Little v. Reclaim Idaho*, No. 20A18, 591 U.S. \_\_\_ (2020), Appellees believe that this appeal is moot. As set forth in Justice Sotomayor's dissent:

> The stay granted today puts a halt to their signature-collection efforts, meaning that even if respondents ultimately prevail on appeal, it will be extremely difficult, if not impossible, for them to collect enough qualifying signatures by any reasonable deadline for the November ballot. In other words, the delay occasioned by this Court's stay likely dooms to mootness respondents' First Amendment claims before any appellate court has had the chance to consider their merits (and, indeed, before this Court has had the chance to consider any potential petition for certiorari).

*Id*. at 2 (Sotormayor, J., dissenting).

Despite the likelihood of success on the merits on their First Amendment claims, this Court cannot grant Appellees they relief they seek, even if it were to affirm the district court's preliminary injunction below. This is because the Supreme Court's stay is in place until disposition of a petition for writ of certiorari, should the State lose its appeal. The opportunity for the "Invest in Idaho" initiative to appear on the November general election ballot has been foreclosed by the stay. Given the sweeping scope of the stay imposed, Reclaim Idaho's claims are doomed to mootness before this appellate court has been given the chance to consider their merits.

Oral argument appears unnecessary.

1

Respectfully submitted on this 10th day of August, 2020.

                    /s/ *Deborah A. Ferguson*
                    Deborah A. Ferguson
                    Craig H. Durham
                    FERGUSON DURHAM, PLLC
                    223 N. 6th Street, Suite 325
                    Boise, Idaho, 83702
                    T: (208) 484-2253
                    daf@fergusondurham.com
                    chd@fergusondurham.com
                    *Attorneys for Plaintiffs-Appellees*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2020, I electronically filed the foregoing Appellant's Sur Reply Brief with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*s/ Deborah A. Ferguson*
Deborah A. Ferguson
Craig H. Durham
FERGUSON DURHAM, PLLC
223 N. 6th Street, Suite 325
Boise, Idaho, 83702
T: (208) 484-2253
daf@fergusondurham.com
chd@fergusondurham.com
*Attorneys for Plaintiffs-Appellees*

3

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 8. Certificate of Compliance for Briefs**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form08instructions.pdf

**9th Cir. Case Number(s)** | 20-35584

I am the attorney or self-represented party.

**This brief contains** | 247 | **words**, excluding the items exempted by Fed. R. App. P. 32(f). The brief's type size and typeface comply with Fed. R. App. P. 32(a)(5) and (6).

I certify that this brief *(select only one)*:

○ complies with the word limit of Cir. R. 32-1.

○ is a **cross-appeal** brief and complies with the word limit of Cir. R. 28.1-1.

○ is an **amicus** brief and complies with the word limit of Fed. R. App. P. 29(a)(5), Cir. R. 29-2(c)(2), or Cir. R. 29-2(c)(3).

○ is for a **death penalty** case and complies with the word limit of Cir. R. 32-4.

○ complies with the longer length limit permitted by Cir. R. 32-2(b) because *(select only one):*

  ○ it is a joint brief submitted by separately represented parties;

  ○ a party or parties are filing a single brief in response to multiple briefs; or

  ○ a party or parties are filing a single brief in response to a longer joint brief.

⦿ complies with the length limit designated by court order dated | 8/5/2020 | .

○ is accompanied by a motion to file a longer brief pursuant to Cir. R. 32-2(a).

**Signature** | s/Deborah A. Ferguson     **Date** | August 10, 2020
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 8** Rev. 12/01/2018