UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

> **FILED**
>
> AUG 10 2020
>
> MOLLY C. DWYER, CLERK
> U.S. COURT OF APPEALS

RECLAIM IDAHO, an Idaho political action committee and LUKE MAYVILLE,

          Plaintiffs - Appellees,

 v.

BRAD LITTLE, in his official capacity as Governor of Idaho and LAWERENCE DENNY, in his official capacity as Idaho Secretary of State,

          Defendants - Appellants.

No. 20-35584

D.C. No. 1:20-cv-00268-BLW
U.S. District Court for Idaho, Boise

**ORDER**

The sur-reply brief submitted on August 10, 2020 is filed.

Within 7 days of this order, appellees are ordered to file 6 copies of the brief in paper format with tan covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Stephanie M. Lee
Deputy Clerk
Ninth Circuit Rule 27-7