FILED

AUG 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee; LUKE MAYVILLE, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> BRAD LITTLE, in his official capacity as Governor of Idaho; LAWERENCE DENNY, in his official capacity as Idaho Secretary of State, <br><br> Defendants-Appellants. | No. 20-35584 <br><br> D.C. No. 1:20-cv-00268-BLW <br> District of Idaho, <br> Boise <br><br> ORDER |

Before: RAWLINSON, MURGUIA, and R. NELSON, Circuit Judges.

In light of oral argument and the parties' concessions of impending mootness, by August 24, 2020, Appellants shall either file a motion for voluntary dismissal under Federal Rule of Appellate Procedure 42(b), or inform the Court whether such a dismissal is likely in three pages or less.