UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RECLAIM IDAHO, an Idaho political action committee and LUKE MAYVILLE,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>BRAD LITTLE, in his official capacity as Governor of Idaho and LAWERENCE DENNY, in his official capacity as Idaho Secretary of State,<br><br>        Defendants - Appellants. | No. 20-35584<br><br>D.C. No. 1:20-cv-00268-BLW<br>U.S. District Court for Idaho, Boise<br><br>**MANDATE** |

The judgment of this Court, entered September 01, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7